IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD BRIAN DALLAS | ) |
| | ) |
| v. | ) NO. 2:09-0105 |
| | ) JUDGE CAMPBELL |
| JAMES BARTOLOTTA, et al. | ) |

ORDER

The Court has received a document entitled "Notice to Drop Complaints," filed by the Plaintiff herein. Docket No. 66. Plaintiff makes clear his intention not to pursue this action any further.

Accordingly, this action is DISMISSED with prejudice as to both Defendants and all claims. Any pending Motions are denied as moot. The trial set for June 14, 2011, and the pretrial conference set for May 23, 2011, are cancelled.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE